# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

MIAMI CIVIL DIVISION

CASE NO.: 1:16-CV-21592 ALTONAGA / O'SULLIVAN

MARCIA BLAND,
 Plaintiff,

vs.

CARNIVAL CORPORATION,
 Defendant,
_____/

## STIPULATION FOR ORDER SUBSTITUTING COUNSEL

**IT IS HEREBY STIPULATED** that Valerie Georgelin, Esq. of Georgelin Law PLLC, and Vincent B. Lynch and Carlos Bonilla, Esq. of ELP Global PLLC, are hereby substituted as counsel of record for the Plaintiff, Marcia Bland, and that Kevin K. Ross Andino, Esq. and the law office of éclat Law, LLP hereby withdraw as counsel for Plaintiff.

DATED: October 23, 2019

| | |
|---|---|
| **Valerie Georgelin, Esq.** | **Vincent B. Lynch Esq.** |
| (Florida bar No. 1006816) | (Florida Bar No. 0917801) |
| Georgelin law PLLC | E-mail: V.Lynch@elpglobal.com |
| 501 N. Orlando Ave. Ste 313 #258 | EPL Global PLLC |
| Winter Park, FL 32789 | 7901 Kingspointe Pkwy Ste 8 |
| Phone: (407) 512-0050 | Orlando, Florida 32819-6523 |
| Email: valerie@georgelinlaw.com | Phone: (800) 661-1646 |
| | |
| By: __/s/ Valerie Georgelin__ | By: __/s/ Vincent Lynch__ |
|  Valerie Georgelin, Esquire |  Vincent Lynch, Esquire |

**Carlos Bonilla, Esq.**
(Florida Bar No. 0588717)
E-mail: Carlos@elpglobal.com
EPL Global PLLC
7901 Kingspointe Pkwy Ste 8
Orlando, Florida 32819-6523
Phone: (800) 661-1646

By: __/s/ Carlos Bonilla__
     Carlos Bonilla, Esquire

**Kevin K. Ross-Andino, Esq.**
éclat Law, LLP
2180 W. State Road 434, Suite 2100
Longwood, Florida 32779
Phone: (407) 636-7004
Email: kevin.ross@eclatlaw.com

By: __/s/ Kevin K. Ross-Andino__
     Kevin Ross-Andino, Esquire
     Florida Bar No. 66214

## PLAINTIFF'S AGREEMENT WITH THE SUBSTITUTION OF COUNSEL

I, Marcia Bland, Plaintiff, agree with the Substitution of Counsel described herein.

*Marcia Bland*

STATE OF __Kentucky__

COUNTY OF __Jefferson__

Sworn to or affirmed and signed before me on __29th__, __January__, 2019 by Marcia Bland.

*Bridgett Kramer*
NOTARY PUBLIC or DEPUTY CLERK

__Bridgett R Kramer__
[Print, type or stamp commission name of
notary of deputy clerk]

Notary Public, State at Large, KY
My commission expires Dec. 1, 2022

_____ Personally known

__✓__ Produced Identification

Type of Identification produced: __Kentucky Drivers License__

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing was filed in the United States District Court of the Southern District of Florida this 23rd day of October 2019 by using the CM/ECF E-Filing Portal System. Accordingly, a copy of the foregoing is being served on this day to all attorney(s)/interested parties identified on the ePortal Electronic Service List, via transmission of Notices of Electronic Filing generated by the ePortal System.

*/s/ Valerie Georgelin*
_____
Valerie Georgelin